UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| CVENT, INC., and<br>ONE CLIPBOARD, LLC d/b/a Splash,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOYN EXPERIENCES, INC. d/b/a Zuddl,<br><br>*Defendant*. | Civ. No. 1:25-cv-1341 |

## MOTION FOR TEMPORARY RESTRAINING ORDER
## AND PRELIMINARY INJUNCTION

Plaintiffs Cvent, Inc., and One Clipboard, Inc. d/b/a Splash (collectively, "Splash" or "Plaintiffs"), by their undersigned counsel, bring this Motion for a Temporary Restraining Order and Preliminary Injunction against Defendant Joyn Experiences, Inc. d/b/a Zuddl ("Zuddl" or "Defendant") pursuant to Rule 65 of the Federal Rules of Civil Procedure. Splash respectfully requests that this Court temporarily restrain and preliminarily enjoin Zuddl's continued and threatened misappropriation of Splash trade secrets—namely, Splash's proprietary, non-public software platform which is only available to its licensed users.

Splash satisfies all four necessary elements for immediate injunctive relief. *First*, Splash is likely to succeed on the merits because Zuddl's conduct violates the Defend Trade Secrets Act, 18 U.S.C. § 1836, *et seq.*, and the Virginia Uniform Trade Secrets Act, Va. Code § 59.1-336, *et seq. Second*, Splash will suffer irreparable harm to its brand, market share, and customer goodwill if Zuddl is not enjoined from using Splash's trade secrets; courts in the Fourth Circuit recognize that loss of trade secrets constitutes *per se* irreparable harm. *Third*, the balance of the equities

favors the imposition of a TRO when, as here, the only conceivable harm to Zuddl is harm it has brought upon itself.  Finally, the public interest favors a TRO because it is well-recognized in the Fourth Circuit that the public interest favors the protection of trade secrets.

For the foregoing reasons, as well as the reasons set forth in the accompanying Memorandum of Law and Declarations in Support of this Motion, Splash respectfully requests that the Court enter a Temporary Restraining Order and preliminary injunction ordering Zuddl and its agents, affiliates, employees, and those persons in active concert or participation with Zuddl, including CrowdStrike, not to use, review, copy, disclose, reveal, or profit from any information pertaining to the Splash platform pending a final determination on the merits.

Dated: August 12, 2025

Respectfully submitted,

AEGIS LAW GROUP LLP

/s/ _____
Serine Consolino (Va. Bar No. 95481)
Ann Rakestraw (*pro hac vice* pending)
Rachel E. Mueller (*pro hac vice* pending)
801 Pennsylvania Avenue N.W., Suite 740
Washington, D.C. 20004
Tel.: 202-737-3500
sconsolino@aegislawgroup.com
arakestraw@aegislawgroup.com
rmueller@aegislawgroup.com

*Counsel for Plaintiffs Cvent, Inc. and One Clipboard, LLC d/b/a Splash*