Docusign Envelope ID: A26508E1-A331-4B3A-8118-239B02D12D35

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

**REDACTED**

| | |
|---|---|
| CVENT, INC., and ONE CLIPBOARD, LLC d/b/a Splash,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOYN EXPERIENCES, INC. d/b/a Zuddl,<br><br>*Defendant*. | Civ. No. 1:25-cv-1341 |

**DECLARATION OF KATHERINE ROLFE**

Pursuant to 28 U.S.C. §1746, I, Katherine (Kate) Rolfe, hereby declare as follows:

1. I am employed as Manager of Support at One Clipboard, LLC d/b/a Splash ("Splash"). The statements in this declaration are based on my personal knowledge and/or of my review of Splash records kept in the ordinary course of business.

2. I joined Splash on September 21, 2018, as a Support Team member, and have been working on the Splash product for over seven years. I advanced to Team Lead and eventually Manager, my current role, in March 2020. I retained my position as Manager following Cvent, Inc.'s, ("Cvent's") acquisition of Splash in September 2024. My seven years of work on the Splash product has allowed me to obtain in-depth product knowledge by performing investigations in response to customer outreach, developing creative solutions using customer use cases and goals, and working cross departmentally.

**Overview of the Splash Platform and CrowdStrike's Licenses to the Splash Platform**

3. Splash customers license access to Splash's proprietary event management platform, which offers a suite of hosting tools, marketing tools, and analytics that customers can

use to plan and promote events.

4. Splash customers issue separate licenses for each user who has access to use the Splash platform. Only licensed, registered users who have a username and password may access the Splash platform.

5. CrowdStrike was one of Splash's customers since July 2020 until June 2025, when it failed to renew its contract with Splash. CrowdStrike initially licensed access to the Splash platform in July 2020. CrowdStrike entered into a Master Services Agreement ("MSA") with Splash, effective July 1, 2020, in order to gain access to the Splash platform. A true and correct copy of the July 2020 MSA is attached as Exhibit A.

6. As of June 25, 2025, Splash's records indicate that CrowdStrike's account listed more than 450 active or pending licensed users. New users are sent emails that they must accept before their user license is active. Any user who has been sent but has yet to accept the invitation is considered "pending." When a user accepts his or her invitation, the user sets a username and password. Only registered users with usernames and passwords who are invited to the platform by its administrative users may access the full Splash platform.

7. At the time its contract with Splash expired at the end of June 2025, CrowdStrike was paying $ [redacted] annually for access to Splash's platform.

**References to the Name Zuddl, a Splash Competitor, in CrowdStrike's Records Trigger an Internal Investigation of the CrowdStrike Account**

8. Splash's Account Manager for CrowdStrike, Marisa Pierron, contacted me on Wednesday, June 25, 2025, asking that I investigate an unfamiliar CrowdStrike user email address, bubby.raj@gmail.com.

9. Ms. Pierron explained that the investigation was triggered after the Customer Success Manager for CrowdStrike, Sara Fordham, found that CrowdStrike had created Splash

platform event pages with "Zuddl" in the name and privacy gated with the password "zuddl1teamdem08!".

10. Zuddl markets itself as a competitor to Splash. According to Zuddl's website, https://www.zuddl.com, "Zuddl's powerful and simple unified event management software allows B2B event marketing teams to deliver unique, on-brand experiences across all event types that drive business growth and build lasting relationships."

11. As part of my investigation, I reviewed CrowdStrike's access to the Splash platform using various technical tools, including FullStory, Heap, Datadog, and Spladmin. Using these and other available investigatory tools and techniques, I was able to tell which aspects of the Platform appear to have been accessed by, or on behalf of, Zuddl. As described in more detail below, my investigation was informed by unique identifying information, such as user emails, IDs, event names, or relevant guest details, that could only have been created by CrowdStrike users with access to proprietary aspects of the Splash platform.

**CrowdStrike Provides Zuddl with Improper Access to the Splash Platform, Including Creating a User Account Allowing Zuddl to Access Splash's Platform**

12. Based on my review, discussed in more detail below, I determined that Zuddl used the permissions granted by CrowdStrike to access the following components of the Splash platform:

a) User management for organizations in Splash;

b) Account creation;

c) Event creation;

d) Event management, including processes for:

i. Designing an event page;

ii. Sending emails;

iii. Managing guests;

iv. Configuring settings (domain access, event date, event location, registration options, privacy settings, user access, social sharing, site metadata, and event level integrations);

v. Analytics;

vi. Registration forms;

vii. Confirmation workflows.

e) Contacts for the entire organization; and

f) Integrations with third party applications.

13. The areas of the Splash platform accessed by Zuddl are not available to the public; only licensed users with the appropriate permissions can access these components. The components accessed by Zuddl include proprietary, non-public information that Splash maintains as confidential.

14. I reviewed the CrowdStrike account associated with username teddy.babanao@crowdstrike.com. That account is registered to user Teddy Babanao, who is listed in the role of administrator. As an administrator, Mr. Babanao can create new user accounts. It is my understanding that Mr. Babanao holds the title of Manager of Marketing Technology at CrowdStrike.

15. I determined that the user bubby.raj@gmail.com was added by teddy.babanao@crowdstrike.com.

16. I reviewed the CrowdStrike user account, teddy.babanao@crowdstrike.com, to determine how the user bubby.raj@gmail.com was added. Mr. Babanao's user activity indicated that initially, he added a new user with the email raj@zuddl.com. Less than one minute later, he

Docusign Envelope ID: A26508E1-A331-4B3A-8118-239B02D12D35

deleted the raj@zuddl.com user from the CrowdStrike account and added bubby.raj@gmail.com. A screenshot showing the initial addition of a CrowdStrike user account with the raj@zuddl.com email address is below:




*Screenshot of teddy.babanao@crowdstrike.com adding user raj@zuddl.com to the CrowdStrike account.*

17. My initial investigation determined that the account bubby.raj@gmail.com was created on June 17, 2025, and last logged in on June 25, 2025. After the bubby.raj@gmail.com user account was created, CrowdStrike added the bubby.raj@gmail.com account to its customer account, assigned it a license to view the full Splash platform, and gave it a "Viewer (Read-only)" role. A "Viewer (Read-only)" role allows a user to view the entire Splash platform but not make changes.

18. After learning of the potential Zuddl access, I reviewed the account CrowdStrike activity again. I determined that the user bubby.raj@gmail.com had accessed Splash from the

Docusign Envelope ID: A26508E1-A331-4B3A-8118-239B02D12D35

back end (i.e., non-public facing side) on three separate occasions and logged the following actions:

a) June 17th – 74 actions

b) June 18th – 12 actions

c) June 25th – 4 actions

19. I determined that CrowdStrike had provided Zuddl access to Splash platform demonstration events, live demonstrations, and direct user access. I identified the demonstration events because, through Spladmin tools, I could see that CrowdStrike had created events that had "Zuddl" or "Demo" in the event title. By "demo event," I mean an event page created for demonstration purposes only. An "event page" is a page set up by a user to manage a specific event. I identified a total of twelve CrowdStrike event pages on the Splash platform with "Zuddl" in the title.

20. A screenshot of one of those event pages is below as an example. The host of the page is identified as "Teddy Babanao," and a notation on the page states: "!Tests ONLY – RSVP Event - #459167565," suggesting that Mr. Babanao created the page to be a demo page.



*Screenshot from the CrowdStrike Super Admin account, crowdstrike@splashthat.com. This particular event is called "Zuddl Racing Demo Sample" with event ID 459167565.*

Docusign Envelope ID: A26508E1-A331-4B3A-8118-239B02D12D35

21. Based on my review, it appears that the only person who had accessed these event pages was Mr. Babanao. Because Mr. Babanao was the only user with access to the pages, I believe they were created for demonstration purposes only. Otherwise, other users would have been added.

22. Additionally, Mr. Babanao's user activity on June 17, June 18, and June 25 was unusual. Based on a review of his keystrokes, he appeared to be demonstrating aspects of the Splash platform to another person. For example, he took significant pauses before his next click, moving the mouse around certain areas on a page, circling them, and highlighting them with his cursor. Normally, when we review user activity, we see rapid clicks throughout the page. Mr. Babanao's user activity was inconsistent with both typical user activity and was also inconsistent with the behavior of other of his typical user sessions.

23. Mr. Babanao has been an active user of the Splash platform since his account was first created on January 25, 2021, so I did not believe his significant delays in navigating the pages were due to confusion or inexperience.

24. Both bubby.raj@gmail.com and Mr. Babanao (during the June 17, 18, and 25 sessions identified above) accessed "back-end" components of the Splash platform that are not available to the public, and that are only available to customers who have signed an agreement to keep such information confidential. These components include: My Events Dashboard, Integrations, Confirmations, Library, Team, Reporting, and Settings.

25. I set forth below further details of my investigation into Zuddl's unauthorized access of the Splash platform.

Docusign Envelope ID: A26508E1-A331-4B3A-8118-239B02D12D35

**June 17: Mr. Babanao Adds a Zuddl User to CrowdStrike's Account, Allowing Zuddl Full Access to Splash's Platform, and Appears to Provide Zuddl a Demonstration of the Platform**

26. On June 17, 2025, the user teddy.babanao@crowdstrike.com logged in to the Splash system on a Chrome browser on a Mac computer from Chicago, Illinois. He was in the Splash system for approximately 47 minutes.

27. Upon login, Mr. Babanao first loaded the My Events Dashboard. This page contained a table representation of all the events that CrowdStrike had created in its account.

28.

Docusign Envelope ID: A26508E1-A331-4B3A-8118-239B02D12D35

29. The unusual user activity led me to believe that Mr. Babanao was demonstrating how the Splash platform works to a person who is viewing his screen. [REDACTED]

30. The home page layout features [REDACTED]

31. After this, Mr. Babanao navigates back to the My Events page and opens the Event Filters function, [REDACTED]

32. Next, Mr. Babanao opens the Library page [REDACTED]

33. After a very quick click to the Settings page, Mr. Babanao next navigates to the Team page [REDACTED]

[redacted]

34. On this page, Mr. Babanao first demonstrates the layout, [redacted]. He types in the Zuddl email address, raj@zuddl.com, [redacted]

35. [redacted] By adding user bubby.raj@gmail.com to the CrowdStrike account, Mr. Babanao gave that account access to view the full Splash platform, including its design and features.

36. Mr. Babanao then navigates back to the My Events page, opens the "Welcome to your race experience" event, and opens the Confirmations page. [redacted]

███████████████████████████████████████

███████████████████████████████████████

████████████████████

37. █████████████████████████████████

████████████████████████

38. █████████████████████████████████

███████ He again went to the Confirmations page █████████

███████████████████████████████████████

███████████████████████████████████████

█████████████

39. █████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

████████████████████████████████.

40. After this, Mr. Babanao navigated back to the My Team page, █████████

███████████████████████████████████████

████████████████████████████████.

41. Lastly, Mr. Babanao opened another event called "Cyber Security Networking Adelaide," ██████████████████████████████████████

11

Docusign Envelope ID: A26508E1-A331-4B3A-8118-239B02D12D35

**June 18, 2025: Mr. Babanao Provides Additional Demonstration of the Splash Platform**

42. Mr. Babanao logged onto the Splash platform again on June 18, 2025, in another apparent demonstration of its features and layout. During this session, Mr. Babanao began by opening the "Welcome to your Ice Driving Experience" event and opening the event page design screen. [REDACTED]. Babanao spent more than 20 minutes on this page, [REDACTED]

43. After this, Mr. Babanao changed to another browser tab with the "Cirque du Soleil OVO – CrowdStrike Night Out" event open and navigated to the Event Privacy page. [REDACTED]

44. [REDACTED] Mr. Babanao spent approximately 20 minutes on the Event Privacy page.

45. After this, Mr. Babanao switched back to his first browser tab ("Welcome to your Ice Driving Experience") and went to the My Events page. Once there, he opened the "Tigers vs Diamondbacks" event in a new tab and opened the Event Integration [REDACTED]

[redacted]

46. [redacted]

47. Mr. Babanao then opened the event "Cyber Security Network Adelaide," where he opened the Event Settings page. [redacted]

**<u>Zuddl Accesses Proprietary Aspects of the Splash Platform on June 17, June 19, and June 25</u>**

48. On June 17, 2025, user bubby.raj@gmail.com both created his account and later accepted CrowdStrike's invitation to its user account, giving the bubby.raj@gmail.com account full access to view the Splash platform. When creating his account, he enters his email address

(bubby.raj@gmail.com), [redacted]

49. Then, a few hours later, during Mr. Babanao's demonstration on June 17, Mr. Babanao invites bubby.raj@gmail.com to the CrowdStrike account, as detailed in paragraphs 34 and 35 above. "Raj" then accepts CrowdStrike's invitation. [redacted]

50. The bubby.raj@gmail.com session described in paragraph 49 above began about 10 minutes into Mr. Babanao's June 17, 2025, session.

51. On June 18, 2025, bubby.raj@gmail.com logged onto the Splash platform and loaded the My Events page.

52. On June 25, 2025, bubby.raj@gmail.com logged onto the Splash platform a third time and again loaded the My Events page.

53. On June 30, 2025, bubby.raj@gmail.com attempted to log onto the Splash platform. He received an error message notifying him that the user account had been deactivated, and he was

Docusign Envelope ID: A26508E1-A331-4B3A-8118-239B02D12D35

unable to log on. He attempted to log in two more times, and received the same message that his account was deactivated each time:




*Screenshot showing screen "Raj" would have seen he attempted to log in on June 30, 2025, after he was banned.*

I declare under penalty of perjury the foregoing is true and correct.

Dated: 8/8/2025 at Mesa, Arizona [place].

Signed by:
Katherine Rolfe
D795D7D07CB04D3...
Katherine Rolfe