# EXHIBIT A

**PLACEHOLDER DOCUMENT - ORIGINAL FILED UNDER SEAL**