# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

|  |  |
|---|---|
| CVENT, INC., and ONE CLIPBOARD, LLC d/b/a Splash, | **REDACTED** |
| *Plaintiffs*, | |
| v. | Civ. No. __1:25-cv-1341_____ |
| JOYN EXPERIENCES, INC. d/b/a Zuddl, | |
| *Defendant*. | |

## DECLARATION OF TETYANA ZUGYER

Pursuant to 28 U.S.C. §1746, I, Tetyana ("Tanya") Zugyer, hereby declare as follows:

1.      I am employed as a Principal Product Manager at One Clipboard, LLC d/b/a Splash ("Splash").  The statements in this declaration are based on my personal knowledge and/or of my review of Splash records kept in the ordinary course of business.

2.      I have worked on the Splash product for four years.  In my role as Principal Product Manager, I lead the strategy, roadmapping, and execution for the Splash platform, including developing the product's vision and strategic goals, designing and developing the software, and refining the platform to meet users' needs.  I am responsible for the end-to-end product lifecycle of the Splash platform, from vision through design and delivery, ensuring alignment with business goals and customer needs.

### Overview of Splash and Restrictions on Use of Its Proprietary Platform

3.      Splash is an event management software company that provides hosting and marketing tools in a single cohesive platform, allowing customers to efficiently create and manage events.  The Splash platform is particularly adept at managing repeatable events—highly profitable

events that drive customers' business pipelines. Rather than relying on manual processes, Splash customers can automate tasks and streamline processes to create events, engage with attendees, capture sales leads, and track return on investment from events.

4.      Splash offers its own suite of tools, including tools to manage event registration, guest attendance, and templates for event creation, as well as the ability to integrate third-party tools, such as communications applications (like Slack) and software for following up on sales leads, into the platform. But Splash's true value is not limited to these tools: Splash's position as an industry leader is attributable in large part to its platform architecture—how it combines these tools to create a seamless, unparalleled user experience.

5.      Splash restricts access to its proprietary platform to its licensed customers. Before they may access the Splash's advanced features, customers must enter Splash's confidentiality agreement. Only registered users with usernames and passwords who are invited to the platform by its customers' system administrators may access the full Splash platform.

6.      Splash also restricts access by its own employees to the Splash platform. Splash employees are required to sign confidentiality agreements as a condition of their employment.

7.      Splash requires this strict confidentiality of its customers to protect the value its platform provides. Splash customers regularly spend tens- and hundreds-of-thousands of dollars annually to license use of Splash's platform. Splash's customers pay top dollar because access to the Splash platform provides an industry-leading user experience and functionality, allowing customers access to an integrated platform, pre-built templates supporting scalability, brand differentiation by design, and unrivaled efficiency and ease of use, as described in more detail herein. Competitors may offer similar features in isolation, but Splash differentiates itself by fusing these elements to deliver a uniquely unified experience that is difficult to replicate.

8.      If Splash's competitors had access to Splash's proprietary software, they could replicate the platform's design and architecture, undercut Splash, and otherwise develop their platforms and business strategies to compete with Splash.

**Splash's Integrated Platform Allows Customers to Streamline Workflows and Maintain Consistent Event Requirements and Data**

9.      Unlike its competitors, Splash offers customers an integrated platform █

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████

10.     ████████████████████████████████████████████████████

████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████







13.

███████████████████████████████████████████

███████████████████████████████████████████

████████████████████████

**Splash's Pre-Built Templates Support Scalability and Consistency**

14.     Splash also offers customers pre-built templates supporting scalability ████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████████████     ████████████████████████████

███████████████████████████████████████████

███████████████████████████

15.     ██████████████████████████████████████

███████████████████████████████████████████

█████████████████████████████████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

16.     ██████████████████████████████████████

█████████████████████████████████

Docusign Envelope ID: E0B64F55-2173-47AB-9DD8-44C65627C809

17. ███████████████████████████████████████████████

████████████████████████████████████████████████████████████

███████████████████████



████████████████████████████████████████████

███████ ███████████████████████████████████████████████

███████████████████████████████████████████████████ .

**Splash's Brand Differentiation by Design Allows Users to Create Event Pages That Align with Their Organizations' Branding**

19.     Splash's platform also offers proprietary brand differentiation by design.  Splash is designed to support users of varying technical backgrounds in creating event pages that align with their organizations' branding.  Thus, customers may purchase licenses for members of their marketing team, administration, and/or information technology group, confident that no matter who creates the event, because of the Splash platform, the branding and marketing will be consistent.

20.     █████████████████████

21.     █████████████████████

22.     █████████████████████

DocuSign Envelope ID: E0B64F55-2173-47AB-9DD8-44C65627C809

23. ███████████████████████████████
███████████████████████████████████
██████████████████████████

24. ███████████████████████████████
███████████████████████████████████
███████████████████████████████████
█████████████████████

███████████████████████████████
██████████████████████████████
█████████████████████████████
██████████████████████████
████

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████

██████████████████████████████
██████████████████████████████
████    ██████████████████████

DocuSign Envelope ID: E0B64F55-2173-47AB-9DD8-44C65627C809



25.

26.

Docusign Envelope ID: E0B64F55-2173-47AB-9DD8-44C65627C809



27. ██████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
████████████████

28. ██████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
████████████████████████████

Docusign Envelope ID: E0B64F55-2173-47AB-9DD8-44C65627C809



**Splash's Efficiency and Ease of Use Are Products of Its Investment in Superior Platform Design**

29.     Finally, combining the proprietary elements described above with other key features in a seamless platform provides unparalleled efficiency and ease of use to Splash

DocuSign Envelope ID: E0B64F55-2173-47AB-9DD8-44C65627C809

customers. ████████████████████████████████

████████████████████████████████████

███████████████████████████



30. ████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

███████████████████████

31. ████████████████████████████████

████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████

32.     Splash endeavors to keep its platform confidential because it is highly valuable. Since its launch in 2012, Splash has invested substantial resources into continually refining its platform—including its pre-built templates, themes, blocks, and other features—to incorporate new information learned from both market research as well as thirteen years of hands-on experience onboarding, assisting, and speaking with its own customers.  Splash also periodically conducts rigorous post-mortem event analyses to assess the effectiveness of its various features, and uses those findings to further develop its platform to better target its customers' needs.  For example, each year, Splash analyzes high-performing events to assess what factors contribute to high guest turnout.  If Splash's competitors had access to Splash's proprietary software, they could profit from Splash's many years of research, analysis, and product development to replicate Splash's design and architecture more efficiently and at less cost.

33.     In sum, through the Splash platform, customers have the option ████████████ ████████████████████████████████████ The full seamlessness of the Splash experience, including the means and methods by which Splash accomplishes the seamless and efficient integration for customers, is non-public, proprietary information.  Indeed, the user experience—the compilation of features, tools, and processes and how they flow together— is what sets Splash apart and gives it its value.

Docusign Envelope ID: E0B64F55-2173-47AB-9DD8-44C65627C809

I declare under penalty of perjury the foregoing is true and correct.

Dated: 8/11/2025 _____ at Seattle, WA _____ [place].

Signed by:

*Tetyana Zugyer*

92035D21AC4B4E1

Tetyana Zugyer