Docusign Envelope ID: 31BCBB97-D5CF-4F09-B77A-57D65C56C4D0

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| CVENT, INC., and ONE CLIPBOARD, LLC d/b/a Splash, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOYN EXPERIENCES, INC. d/b/a Zuddl, <br><br> *Defendant*. | Civ. No. __1:25-cv-1341__ |

## DECLARATION OF MARISA PIERRON

Pursuant to 28 U.S.C. §1746, I, Marisa Pierron, hereby declare as follows:

1.  I am employed as a Principal Account Manager for One Clipboard, LLC d/b/a Splash ("Splash"). The statements in this declaration are based on my personal knowledge and/or of my review records kept in the ordinary course of business.

2.  In May 2025, Splash and CrowdStrike began negotiating a renewal of the MSA, which was set to expire at the end of June. It is my understanding that CrowdStrike was simultaneously in talks with Zuddl about moving its Splash business there.

3.  Contract renewal negotiations continued through June 2025. Finally, on June 25, CrowdStrike informed Splash that it would not renew its agreement with Splash under the terms the parties had operated under for years. Instead, CrowdStrike asked Splash to reduce its number of user licenses from over 117 paid licenses to just 13; Splash declined to renew the agreement on those terms.

4.  It is my understanding that CrowdStrike now uses Zuddl for the same or similar services for which it previously used Splash.

I declare under penalty of perjury the foregoing is true and correct.


Dated: 8/11/2025 at Irvine, California [place].

Signed by:

*Marisa Pierron*
CE4F0B35AF024E4...
Marisa Pierron