**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| CVENT, INC., and <br> ONE CLIPBOARD, LLC d/b/a Splash, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOYN EXPERIENCES, INC. d/b/a Zuddl, <br><br> *Defendant*. | Civ. No. 1:25-cv-1341 |

### [PROPOSED] ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Upon consideration of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction (the "Motion") and the entire record herein, it is hereby ORDERED that the Motion is GRANTED; and it is further ORDERED that Defendant Joyn Experiences, Inc. d/b/a Zuddl and its agents, affiliates, employees, and those persons in active concert or participation with the foregoing, including CrowdStrike, may not to use, review, copy, disclose, reveal, or profit from any information pertaining to the Splash platform pending a final determination on the merits.

IT IS SO ORDERED.

Executed on this \_\_\_\_ day of _____, 2025.

_____
United States District Judge