# APPENDIX I

| Appx. | Title | Video URL | Description | Keywords and Time Stamps |
|---|---|---|---|---|
| 1 | The Basics Splash Training Webinar | https://www.youtube.com/watch?v=lKNFFotUEsY | Detailed overview of the operation of Splash and setting up events – creating event page, designing experience, configuring settings, building RSVP form, set up confirmations, Upload guest list, create and send invitations Pull guest list report | **Overview** 0:00 – 6:40<br>**Create event page** 6:40-10:33<br>**Designing event page** 10:33-16:27<br>**Layout** 1:01; 7:35; 8:27; 10:02; 13:30; 18:21; 19:52; 23:07; 24:24; 26:06; 27:20<br>**Search and add guests** 13:29;16:27-19:02; 18:53<br>**Elements modify and add** 3:00; 13:54<br>**Advanced settings** 7:25<br>**Configuration** 7:25; 8:03; 8:36; 10:00; 10:44; 13:06; 22:30<br>**Confirmation** 4:22; 4:50; 8:43; 22:40; 23:16; 23:59; 24:50; 25:23; 28:57; 34:49; 44:04-44:49; 50:43; 51:46; 54:09<br>**Templates** 6:56; 8:27; 19:03; 23:16; 27:49; 42:07; 44:49; 45:41-46:46; 48:15-48:57; 54:41<br>**Theme library** 6:56; 49:00<br>**Theme** 3:57; 6:56; 7:13; 11:04-11:40; 27:49; 45:18-45:41; 48:15-48:57<br>**Configure** 10:29; 19:03; 23:16<br>**Designer** 1:01; 3:57; 10:02-10:29; 14:18; 23:59; 27:49; 39:12; 45:56-46:46; 55:40-56:52<br>**Modify elements** 16:02; 55:49; 56:52<br>**Add elements** 46:46; 55:06<br>**Reports** 5:43; 8:06; 25:40-26:25; 33:00; 33:37; 34:18; 35:30; 49:33; 50:43<br>**Registration form** 19:02<br>**Build form,**<br>**set up confirmations,**<br>**upload guest list,**<br>**create and send invitations** 19:02-33:02<br>**Run reports** 33:02-35:00<br>**Search guests to add** 13:29; 18:53 |

**APPENDIX**

Page **1** of **16**

| 2 | Splash Product Tour: Event Marketing Platform | https://www.youtube.com/watch?v=vSWXSgF-w_k | General overview of Splash functionality; showing how the Splash elements work together | **Platform Overview** 0:00<br>**Top-Level Navigation** 0:51<br>**Library** 2:13<br>**Event Creation** 3:27<br>**Touchpoints** 3:50<br>**Event Page** 4:07<br>**Registration Setup** 5:17<br>**Registration Submission** 6:30<br>**Virtual Event Page** 6:46<br>**Guest Lists** 8:42<br>**Email Sender** 9:09<br>**Hub Page** 10:09<br>**Onsite with Splash** 10:30<br>**Reporting Dashboards** 11:31<br>**Conclusion** 12:08 |

**APPENDIX**

| 3 | Splash Essentials Training | https://www.youtube.com/watch?v=BgIBVeXMW0g | Showing "almost the entire platform" – very detail oriented showing construction, use, and operation of entirety of Splash platform by users. Walk through of functionality including "left hand menu" | **Detailed introduction showing entirety of how the user interface functions** 0:00-8:47 **Event creation, third party (Salesforce and Slack) integrations; modifying privacy settings** 8:47-14:50 **Build registration site; use of design tools; event page design (demonstration of each element and how they interact); using the conditional question logic built into Splash; Event Page; Share Card; Registration Form** 14:50-29:14 **Tracking links; analytics; advanced tracking** 29:14-31:33 **Collaboration with other users/workforce** 31:33–33:45 **Syncing with other users/workforce; email incorporation** 33:45-40:33 **Review (recap) of tasks accomplished and operation of Splash** 40:33-47:07 **Using mobile Splash host app** 47:07-49:32 **Salesforce campaign integration** 49:32-50:08 **Integration of third party platform LinkedIn** 50:08-52:37 **Quick add feature** 52:37-54:36 **Searching** 16:28; 18:00 **Filtering of data** 7:24; 43:53; 47:35; 51:57 **Layout/template** 7:58; 16:09; 25:00; 35:26; 36:23; 57:44 **Conditional logic** 25:00 |

**APPENDIX**

Page **3** of **16**

| | | | | |
|---|---|---|---|---|
| | | | | **Creating event** 1:55-8:41; 9:21-10:45<br>**Adding elements** 18:26<br>**Confirmation** 12:41; 13:50; 19:42; 20:13; 23:32; 24:16; 55:23<br>**Templates** 7:24; 25:00; 35:26; 35:26; 36:23; 57:44<br>**Libraries/theme libraries** 7:24; 16:28; 17:11; 20:36<br>**Configuration of event** 9:59<br>**Designer** 7:58; 15:26; 16:09; 58:52; 59:32<br>**Modifying elements** 17:47<br>**Adding elements** 18:26 |
| 4 | Splash Designer Pro: Part I Introduction | https://www.youtube.com/watch?v=c0ZcU13TOZY&list=PL01JPn5sc_aWP6JjdUbxsaTisJSc_SIxw&index=1 | Introduction to Interface and Creating a New Event | Introduction to Interface and Creating a New Event |
| 5 | Splash Designer Pro: Splash Terminology | https://www.youtube.com/watch?v=wmfVMcyEG4o&list=PL01JPn5sc_aWP6JjdUbxsaTisJSc_SIxw&index=2 | Overview of Interface and Terminology | |

**APPENDIX**

Page **4** of **16**

| | | | | |
|---|---|---|---|---|
| 6 | Splash Designer Pro: Creating a New Event | https://www.youtube.com/watch?v=2OPWGNbSkU4&list=PL01JPn5sc_aWP6JjdUbxsaTisJSc_SIxw&index=3 | Interfacing with Splash's Platform to Start Creating a New Event | |
| 7 | Splash Designer Pro: Event Overview | https://www.youtube.com/watch?v=q-yx8vHsD88&list=PL01JPn5sc_aWP6JjdUbxsaTisJSc_SIxw&index=4 | Overview of the Design, Structure, and Interface with a New Event | |
| 8 | Splash Designer Pro: Change Your Theme | https://www.youtube.com/watch?v=-0w_hJ7Fnb0&list=PL01JPn5sc_aWP6JjdUbxsaTisJSc_SIxw&index=5 | Modifying an Event | |

**APPENDIX**

Page **5** of **16**

| | | | | |
|---|---|---|---|---|
| 9 | Splash Designer Pro: Save and Backup | https://www.youtube.com/watch?v=6aAfULjHE2Q&list=PL01JPn5sc_aWP6JjdUbxsaTisJSc_SIxw&index=6 | Saving and Backing up Progress During Event Design | |
| 10 | Splash Designer Pro: Event Stage Pages | https://www.youtube.com/watch?v=9PwLnRCnJ94&list=PL01JPn5sc_aWP6JjdUbxsaTisJSc_SIxw&index=7 | Using Dynamic Versions of Backup Stage Pages to Appear Before, During, and After Event | |
| 11 | Splash Designer Pro: Edit Your Color Palette | https://www.youtube.com/watch?v=2HmG00_cpAw&list=PL01JPn5sc_aWP6JjdUbxsaTisJSc_SIxw&index=8 | Modifying The Event Theme Color | |

**APPENDIX**

| | | | | |
|---|---|---|---|---|
| 12 | Splash Designer Pro: Edit Your Fonts | https://www.youtube.com/watch?v=VxyWHhEBFVk&list=PL01JPn5sc_aWP6JjdUbxsaTisJSc_SIxw&index=9 | Modifying the Fonts Utilized for Event Pages | |
| 13 | Splash Designer Pro: Block Breakdown | https://www.youtube.com/watch?v=Hbx2Qd4VvWU&list=PL01JPn5sc_aWP6JjdUbxsaTisJSc_SIxw&index=10 | Customizing the Block Elements Utilized for Event Pages | |
| 14 | Splash Designer Pro: Add Blocks | https://www.youtube.com/watch?v=mIKGdPRMo8w&list=PL01JPn5sc_aWP6JjdUbxsaTisJSc_SIxw&index=11 | Creating and Adding Custom Blocks Using the Splash Library | |

**APPENDIX**

Page **7** of **16**

| | | | | |
|---|---|---|---|---|
| **15** | Splash Designer Pro: Add Elements | https://www.youtube.com/watch?v=PyDoU5TPWe8&list=PL01JPn5sc_aWP6JjdUbxsaTisJSc_SIxw&index=12 | Creating and Adding Custom Design Elements | |
| **16** | Splash Designer Pro: The Background Tab | https://www.youtube.com/watch?v=6ZKO0tEOMwc&list=PL01JPn5sc_aWP6JjdUbxsaTisJSc_SIxw&index=13 | Customizing Background Elements | |
| **17** | Splash Designer Pro: The Font Tab | https://www.youtube.com/watch?v=aEjnNdvxH2Q&list=PL01JPn5sc_aWP6JjdUbxsaTisJSc_SIxw&index=14 | Customizing Fonts for Elements in an Event Page | |

**APPENDIX**

Page **8** of **16**

| | | | | |
|---|---|---|---|---|
| 18 | Splash Designer Pro: The Width & Height Tab | https://www.youtube.com/watch?v=-JDgYlhRroI&list=PL01JPn5sc_aWP6JjdUbxsaTisJSc_SIxw&index=15 | Customizing the Size of Elements and Blocks in Event Page Construction; Scaling for Use Across Platforms | |
| 19 | Splash Designer Pro: The Margin & Padding Tab | https://www.youtube.com/watch?v=kMHesm9YCFk&list=PL01JPn5sc_aWP6JjdUbxsaTisJSc_SIxw&index=16 | Customizing Event Page Spacing Overall, Within, and Around Elements and Blocks | |
| 20 | Splash Designer Pro: The Border Tab | https://www.youtube.com/watch?v=FXZazASpwO8&list=PL01JPn5sc_aWP6JjdUbxsaTisJSc_SIxw&index=17 | Customizing Borders to Elements or Blocks | |

**APPENDIX**

Page **9** of **16**

| | | | | |
|---|---|---|---|---|
| **21** | Designer Pro: The Display Tab | https://www.youtube.com/watch?v=LuSGVHpkCS4&list=PL01JPn5sc_aWP6JjdUbxsaTisJSc_SIxw&index=18 | Advanced Block Placement and Other Display Elements | |
| **22** | Designer Pro: The Positioning Tab | https://www.youtube.com/watch?v=VVEstUEcuTc&list=PL01JPn5sc_aWP6JjdUbxsaTisJSc_SIxw&index=19 | Advanced Techniques for Block and Element Positioning on a Page | |
| **23** | Designer Pro: The Properties Tab | https://www.youtube.com/watch?v=qICBl_TCvEk&list=PL01JPn5sc_aWP6JjdUbxsaTisJSc_SIxw&index=20 | Combining Administrative Settings With Advanced Development Tools | |

**APPENDIX**

Page **10** of **16**

| | | | | |
|---|---|---|---|---|
| 24 | Designer Pro: Conclusion (Part I) | https://www.youtube.com/watch?v=B2PF6iEG6gs&list=PL01JPn5sc_aWP6JjdUbxsaTisJSc_SIxw&index=21 | Summary of Part I of the Designer Pro Training Series | |
| 25 | Designer Pro: Part II Introduction | https://www.youtube.com/watch?v=KtlxLPRgt_8&list=PL01JPn5sc_aXF30_PCpdQUVaGlZhPe9K3&index=1 | Introduction to Designer Pro Part II | |
| 26 | Designer Pro: The Background Image | https://www.youtube.com/watch?v=gRsAAVKiXNc&list=PL01JPn5sc_aXF30_PCpdQUVaGlZhPe9K3&index=2 | Visual Assets; The Background Image | |

**APPENDIX**

Page **11** of **16**

| | | | | |
|---|---|---|---|---|
| 27 | Splash Designer Pro: The Image Element | https://www.youtube.com/watch?v=HHBDod-m5uk&list=PL01JPn5sc_aXF30_PCpdQUVaGlZhPe9K3&index=3 | Analysis of the Use and Manipulation of the Image Element | |
| 28 | Splash Designer Pro: The Square Element | https://www.youtube.com/watch?v=21cRedTsLdQ&list=PL01JPn5sc_aXF30_PCpdQUVaGlZhPe9K3&index=4 | Manipulation and Use of the Square Element | |
| 29 | Splash Designer Pro: Styling Repeatables – Adding, Deleting & Dragging | https://www.youtube.com/watch?v=PExzfci88ng&list=PL01JPn5sc_aXF30_PCpdQUVaGlZhPe9K3&index=5 | Manipulation and Use of Repeatable Elements | |

**APPENDIX**

Page **12** of **16**

| | | | | |
|---|---|---|---|---|
| 30 | Splash Designer Pro: Styling Repeatables (Changing Content and Layout) | https://www.youtube.com/watch?v=_6pFdW8CWFY&list=PL01JPn5sc_aXF30_PCpdQUVaGlZhPe9K3&index=6 | Changing Content and Layout of Repeatables Using Style Functions | |
| 31 | Splash Designer Pro: Styling Repeatables (Exploring & Creating) | https://www.youtube.com/watch?v=nrrH61MOf3A&list=PL01JPn5sc_aXF30_PCpdQUVaGlZhPe9K3&index=7 | Utilizing the Block Library to Create Repeatables | |
| 32 | Splash Designer Pro: Styling Repeatables – Unlocking Repeatables for Advanced Users | https://www.youtube.com/watch?v=C8u3Jq_71Lc&list=PL01JPn5sc_aXF30_PCpdQUVaGlZhPe9K3&index=8 | Using Advanced Creative Functions to Create Repeatable Block Elements | |

**APPENDIX**

Page **13** of **16**

| | | | | |
|---|---|---|---|---|
| 33 | Splash Designer Pro: Buttons & Hover States | https://www.youtube.com/watch?v=V1dq83Jvfo4&list=PL01JPn5sc_aXF30_PCpdQUVaGlZhPe9K3&index=9 | Utilizing Buttons and Hover States; Designing and Using Advanced Functions | |
| 34 | Splash Designer Pro: Styling for All Devices | https://www.youtube.com/watch?v=gRhZkn2RLq8&list=PL01JPn5sc_aXF30_PCpdQUVaGlZhPe9K3&index=10 | Designing Elements and Blocks for Use Across Platforms and Devices | |
| 35 | Splash Design Pro: Saving a Custom Block | https://www.youtube.com/watch?v=gVlKMmAEHfc&list=PL01JPn5sc_aXF30_PCpdQUVaGlZhPe9K3&index=11 | Creating a Custom Library to Save Custom Blocks Designed by User | |

**APPENDIX**

Page **14** of **16**

| | | | | |
|---|---|---|---|---|
| 36 | Splash Designer Pro: Saving Custom Elements | https://www.youtube.com/watch?v=7tXMaZU6iWs&list=PL01JPn5sc_aXF30_PCpdQUVaGlZhPe9K3&index=12 | Creating a Custom Library to Save Custom Elements and Groups of Elements Designed by User | |
| 37 | Splash Designer Pro: Saving Linked Blocks | https://www.youtube.com/watch?v=idNGaG6P5gg&list=PL01JPn5sc_aXF30_PCpdQUVaGlZhPe9K3&index=13 | Advanced Editing and Saving Custom Linked Blocks and Linked Elements | |
| 38 | Splash Designer Pro: Editing Share Card | https://www.youtube.com/watch?v=VgGbcVxBTFs&list=PL01JPn5sc_aXF30_PCpdQUVaGlZhPe9K3&index=14 | Advanced Custom Design and Editing of Share Cards | |

**APPENDIX**

Page **15** of **16**

| | | | | |
|---|---|---|---|---|
| 39 | Splash Designer Pro: Registration Form Styling | https://www.youtube.com/watch?v=5V0rTlkbU9c&list=PL01JPn5sc_aXF30_PCpdQUVaGlZhPe9K3&index=15 | Advanced Styling for Data and Other Information in Custom Registration Forms | |
| 40 | Splash Designer Pro: Saving Custom Themes | https://www.youtube.com/watch?v=AHQu-K8EtNA&list=PL01JPn5sc_aXF30_PCpdQUVaGlZhPe9K3&index=16 | Creating and Saving Custom Themes in a Custom Theme Library | |
| 41 | Splash Designer Pro: Conclusion (Part II) | https://www.youtube.com/watch?v=LdZ-1ZaSCqw&list=PL01JPn5sc_aXF30_PCpdQUVaGlZhPe9K3&index=17 | Summary of Designer Pro Part II | |
| 42 | Complete Splash Demo: See Splash's Event Software in Action | https://www.youtube.com/watch?v=SwVyRzY9VLo | Demonstration of How Splash Elements Function as a Whole | |

**APPENDIX**

Page **16** of **16**