UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CVENT, INC., and ONE CLIPBOARD, LLC d/b/a Splash, *Plaintiffs*, v. JOYN EXPERIENCES, INC. d/b/a Zuddl, *Defendant*. | Civ. No. 1:25-cv-1341 |

### DECLARATION OF DEFENDANT JOYN EXPERIENCES, INC. d/b/a ZUDDL

I, **Bharath Nehaal Varma Gokaraju**, declare as follows:

1. **Position and Authority**
   I am the Chief Executive Officer of **Joyn Experiences, Inc. d/b/a Zuddl** ("Zuddl"), a company providing online event management services through a dedicated platform. I make this declaration on behalf of Zuddl in connection with Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction. I have personal knowledge of the facts stated herein, or have reviewed company records that establish these facts, and I could and would competently testify to them if called as a witness.

2. **Limited Access Provided by CrowdStrike**

   - One Clipboard, LLC is an event management platform provider doing business as "Splash."
   - CrowdStrike Holdings, Inc. d/b/a CrowdStrike ("CrowdStrike") is a cybersecurity technology company that had been utilizing Splash for its event planning, but approached Zuddl in the spring of 2025 to move its event planning from Splash to Zuddl.
   - In order to facilitate the transfer of CrowdStrike's event planning from Splash to Zuddl, Zuddl's employee, Bharath Raj Dhatrika, who was at the time a customer success specialist at Zuddl, was provided **only limited, view-only access** to CrowdStrike's Splash account on June 17, 2025 by **Mr. Teddy Babanao**, Crowdstrike's employee, who is part of their marketing team.
   - This access was **solely for purposes purpose of** migrating events from Splash to Zuddl, which included **migrating event landings**, **the confirmation emails and other**

- **event related information** which were created by or with materials provided by the CrowdStrike marketing team.
    - Bharath Raj Dhatrika accessed Splash only for about **30 minutes**.

3. **Absence of Confidential or Proprietary Information**

    - The access to Splash by Bharath Raj Dhatrika was restricted to **CrowdStrike's intellectual property** i.e the confirmation emails and landing pages that were created by or with materials provided by CrowdStrike that contained no Splash, Cvent, or third-party confidential information, proprietary information, source code, or engineering functionality..
    - At no time did Zuddl or its personnel access, obtain, copy, or retain any confidential, proprietary, or trade secret information of Splash, Cvent, or any third party.
    - Zuddl and its personnel had **no knowledge, nor reason to know**, of the existence of any alleged confidential or proprietary information that might belong to Splash, Cvent, or any third party because all of the proprietary information obtained belonged to CrowdStrike and the remaining information was all publicly available and described in detail by Splash in its own videos and training materials.

4. **Lawful Engagement with CrowdStrike**

    - CrowdStrike approached Zuddl and asked Zuddl to provide event management services as CrowdStrike was not going to renew its contract with Splash to provide such services. Zuddl's engagement with CrowdStrike was pursuant to a lawful commercial relationship for transition of events.
    - Any access to the Splash platform was undertaken **at Mr. Teddy Babanao's direction** (Crowdstrike's employee) and was limited to CrowdStrike's data migration needs of approximately 50 active events.

5. **No Misappropriation or Improper Use**

    - Bharath Raj Dhatrika did not copy, store, or make use of any information from Splash's platform that was not owned by CrowdStrike. He did not share or forward any information from Splash's platform within or outside the Company.
    - Zuddl has neither accessed any Splash or Cvent intellectual property, confidential information, or trade secrets into its own platform or business nor had ability to build new events, download code, or otherwise use Splash's confidential systems.
    - None of the information viewed by Bharath Raj Dhatrika that was not information owned by CrowdStrike was copied in any manner nor used to alter, modify, or change the platform and services provided by Zuddl.

6. **Good Faith Cooperation**

    - Upon learning of Plaintiffs' allegations, the access to Splash was revoked and Zuddl has fully complied with that revocation.
    - Zuddl remains willing to cooperate to ensure no improper use of data occurred or occurs in the future.

---

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Executed on 25th August 2025, at Oakley, CA.

*[signature]*

Bharath Nehaal Varma Gokaraju
Chief Executive Officer
Joyn Experiences, Inc. (d/b/a Zuddl)