# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| CVENT, INC., and ONE CLIPBOARD, LLC d/b/a Splash,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOYN EXPERIENCES, INC. d/b/a Zuddl,<br><br>*Defendant*. | Civ. No. 1:25-cv-1341 |

## DECLARATION OF BHARATH RAJ DHATRIKA

I, Bharath Raj Dhatrika (Aka Raj) declare as follows:

1. **Employment**
   I am employed by **Joyn Zuddl Experiences Private Limited, a fully owned subsidiary of Joyn Experiences Inc. d/b/a Zuddl** (collectively known as "Zuddl" hereinafter). My current position is Customer Success Specialist. I have personal knowledge of the facts stated herein and affirm that they are true to the best of my knowledge.

2. **Access to Splash Platform**
   - In June 2025, in order to facilitate CrowdStrike Holdings, Inc.'s ("CrowdStrike") move from the event management platform at Splash I was provided with **view-only access** to CrowdStrike's Splash account by CrowdStrike's employee **Mr. Teddy Babanao** on June17, 2025. I accessed to the account only for about 30 minutes.
   - This access was arranged by **CrowdStrike's employee Mr. Teddy Babanao**, who Is a part of CrowdStrike's marketing team for the purpose of transitioning Crowdstrike's active events from Splash to Zuddl.
   - The purpose of my access was to assist with the **transition of the confirmation emails and event landing pages**.
   - My access was limited to **CrowdStrike's own event-related content and data**, for the purpose of supporting that migration.

3. **Scope of Access**
   - I did not attempt to, modify or extract any data beyond what CrowdStrike made available in view-only mode.
   - I did not access, obtain, copy, or store any confidential information, proprietary information, or trade secrets of Splash, Cvent, or any third party.

4. **Knowledge of Information**

- o   At no time did I have knowledge, nor reason to know, that any confidential or trade secret information belonging to Splash or Cvent was present within CrowdStrike's account.
- o   My understanding was that all information I viewed belonged to **CrowdStrike** and related solely to CrowdStrike's events and RSVP management.
- o   While reviewing the information related to CrowdStrike I had no access to any source code or engineering functionality.  The only information available to me other than CrowdStrike's proprietary information was general layout and appearance of Splash's platform that it has made publicly available.

5. **No Use or Retention**
   - o   I did not use or retain any information from the Splash platform for Zuddl's benefit.
   - o   I have not incorporated any information from Splash or Cvent into Zuddl's systems, tools, or services.
   - o   I have not forwarded or shared any information from Splash platform to anyone within or outside Zuddl.

6. **Compliance**
   - o   Once Zuddl was notified of Plaintiffs' concerns, my access was revoked and I have not attempted to log in again.
   - o   I have fully complied with company instructions to ensure no further access or use occurred.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on [25th August 2025], at [Hyderabad, India].

Signed by:

*Bharath Raj Dhatrika*
68A678C50A7D41B...

Bharath Raj Dhatrika
Customer Success Operations
Zuddl